1  HARVEY P. SACKETT (72488)

2  **SACKETT**
   **AND ASSOCIATES**
3  A PROFESSIONAL LAW CORP.

   1055 Lincoln Avenue
4  San Jose, California 95125-6011
   Telephone: (408) 295-7755
5  Facsimile:  (408) 295-7444

6  /as

7  Attorney for Plaintiff

8
                    UNITED STATES DISTRICT COURT
9
                   EASTERN DISTRICT OF CALIFORNIA
10

11  JON-JON APPLEGATE,              )  Case No. 2:18-cv-00581-JAM-CKD
                                    )
12          Plaintiff,              )
                                    )
13  v.                              )  STIPULATION AND ORDER
                                    )
14  NANCY A. BERRYHILL,             )
    Acting Commissioner of          )
15  Social Security,                )
                                    )
16          Defendant.              )
                                    )
17  _____ )

18

19       Plaintiff and Defendant, through their respective attorneys, hereby stipulate that

20  Plaintiff shall have a ten (10) day extension of time until April 11, 2019, in which to e-file his

21  Motion for Summary Judgment.  Defendant shall file any opposition, including cross-motion, on

22  or before May 9, 2019.  This extension is necessitated due to Plaintiff's counsel's upcoming

23  schedule of administrative hearings and district court briefs due (thirteen opening briefs and two

24  reply briefs).  Plaintiff makes this request in good faith with no intention to unduly delay the

25  proceedings. Defendant has no objection and has expressly stipulated to the requested relief.

26

27

28

                                    1

STIPULATION AND ORDER

1

Dated: April 1, 2019      */s/HARVEY P. SACKETT*

2                  HARVEY P. SACKETT
                 Attorney for Plaintiff

3                  JON-JON APPLEGATE

4

5 Dated: April 1, 2019      */s/MARGARET BRANICK-ABILLA*

6                  MARGARET BRANICK-ABILLA
                 Special Assistant U.S. Attorney

7                  Social Security Administration

8 IT IS ORDERED.

9

10 Dated: 4/2/2019      /s/ John A. Mendez_____
                 HON. JOHN A. MENDEZ

11                  United States District Court Judge

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2

STIPULATION AND ORDER