UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JON JON CONWAY APPLEGATE,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ANDREW SAUL, Commissioner of Social Security,<br><br>　　　　　Defendant. | No. 2:18-cv-00581 JAM CKD<br><br><br>ORDER |

Plaintiff seeks judicial review of a final decision of the Commissioner of Social Security ("Commissioner") denying an application for Supplemental Security Income ("SSI") under Title XVI of the Social Security Act ("Act").

On November 20, 2019, the magistrate judge filed findings and recommendations herein which contained notice to the parties that any objections to the findings and recommendations were to be filed within fourteen days. That period passed with neither party filing objections. The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.

////

////

////

1

Accordingly, IT IS HEREBY ORDRED that:

1. The November 20, 2019 findings and recommendations are adopted in full;
2. Plaintiff's motion for summary judgment (ECF No. 19) is denied;
3. The Commissioner's cross-motion for summary judgment (ECF No. 22) is granted; and
4. Judgment is entered for the Commissioner.

DATED: January 15, 2020

/s/ John A. Mendez
UNITED STATES DISTRICT COURT JUDGE